Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLC
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 Fax
tfriedman@brownbonn.com

Attorneys for Plaintiff
AMERICAN FAMILY CONNECT PROPERTY & CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY & CASUALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. WALTON,<br><br>Defendant. | CASE NO.: 2:21-cv-00174-JCM-BNW<br><br>**AMERICAN FAMILY CONNECT PROPERTY & CASUALTY INSURANCE COMPANYS' STIPULATION AND ORDER TO CONTINUE COURT DEADLINE**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff AMERICAN FAMILY CONNECT PROPERTY & CASUALTY INSURANCE COMPANY, by and through its attorney of record, Thomas Friedman, Esq., of the law firm of BROWN, BONN & FRIEDMAN, LLC and Defendant, ROBERT M. WALTON, by and through his attorney of record, Adam L. Woodrum, Esq. of KILPATRICK BULLENTINI hereby agree to stipulate to the following:

**I.**

**RULE 26(f) CONFERENCE SCHEDULING**

A proposed Discovery Plan and Scheduling Order has been circulated between the parties. Due to scheduling issues, counsel are not able to meet and confer until April 27, 2021

and therefore a seven (7) day extension to comply with the Minute Order from Chamber dated April 7, 2021. The Parties are requesting that the Court allow until April 28, 2021 to file the Proposed Discovery Plan and Scheduling Order.

### III.
### PROPOSED DISCOVERY SCHEDULE

|  | Current deadlines | Proposed deadlines |
|---|---|---|
| Deadline to file Discovery Plan and Scheduling Order | April 21, 2021 | April 28, 2021 |

### IV.
### FUTURE DEADLINES

The requested continuance of the above discovery deadlines will not result in a continuance of any other deadlines.

DATED: April 20, 2021        BROWN, BONN & FRIEDMAN, LLC

/s/ *Thomas Friedman, Esq.*
Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLC
5528 South Fort Apache Road
Las Vegas NV 89148
Attorneys for AMERICAN FAMILY CONNECT PROPERTY & CASUALTY INSURANCE COMPANY


DATED: April 20, 2021        KILPATRICK BULLENTINI

/s/ *Adam Woodrum, Esq.*
Adam L. Woodrum, Esq. (Bar # 10284)
KILPATRICK BULLENTINI
412 No. Division Street
Carson City, NV 89703
Attorneys for ROBERT M. WALTON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**IT IS SO ORDERED**

**DATED:** 4:15 pm, April 23, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

BROWN, BONN & FRIEDMAN, LLP

*/s/ Thomas Friedman, Esq.*
Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas NV 89148
(702) 942-3900
(702) 942-3901 FAX
tfriedman@brownbonn.com

-3-

STIPULATION AND ORDER TO CONTINUE COURT ORDERED DEADLINE
(FIRST REQUEST)